Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME HENRY, JR., <br><br> Plaintiff, <br><br> vs. <br><br> STANDARD INSURANCE COMPANY; and DOES 1 through 10, <br><br> Defendants. | Case No. 2:18-cv-1585 JFW (FFMx) <br><br> **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-1585 JFW (FFMx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: July 30, 2018

*/s/ John F. Walter*
Hon. John F. Walter
United States District Judge